IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
*Pro Se* **Non-Prisoner Complaint Form**

2014 NOV 18 PM 4: 22

[Enter the full name of the plaintiff in this action]

Carolyn Denice Cole

)  Civil Action No.
)  _____
)  (to be assigned by Clerk)

v.

[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]

Gerald V Montgomery
Herbert Hayden
Jim Bagnall
State Ethics Commission
Jake Evans
Charlene Taylor
Josephine Isom
William Booker
Town of Atlantic Beach
Charles Williams, et. al

**If allowed by statute, do you wish to have a trial by jury?**  Yes _____   No _____
*[If any answer requires additional space, please use additional paper and attach hereto.]*

**I. PREVIOUS LAWSUITS**

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes _____   No __X__

    B.   If your answer to A is Yes, describe the lawsuit in the space below. *[If more than one lawsuit, describe on another sheet of paper using the same outline.]*

        1.   Parties to this previous lawsuit:
           Plaintiff: _____
           Defendant(s): _____
        2.   Court: _____

*(If federal court, name the district; if state court, name the county)*

3. Docket Number: _____

4. Name(s) of Judge(s) to whom case was assigned: _____

5. Status of Case: _____
   *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6. Date lawsuit was filed: _____

7. Date of disposition (if concluded): _____

C. Do you have any other lawsuit(s) pending in the federal court in South Carolina?

Yes _____   No _____

## II. PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A. Name of Plaintiff: Carolyn Denice Cole
   Address: 1009 A 32nd Avenue, Atlantic Beach, SC 29582

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: Gerald V Montgomery
   Address: 2045 Black Lake Blvd, Winter Garden, FL

C. Additional Defendants (provide the same information for each defendant as listed in Item B above):

_____
_____
_____
_____
_____
_____
_____

## III. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved.*

*Include also the name(s) of other persons involved, dates, and places.* **Do not give any legal arguments or cite any cases or statutes.** *If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

See Complaint

III. STATEMENT OF CLAIM - *continued.*

IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this 18th day of November, 2014.

_____
*Signature of Plaintiff*