IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Carolyn Cole, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Gerald V. Montgomery; Carolina Health )<br>Care Services; East Coast Protective )<br>Services; Southeast Protection Services; )<br>Southeast Airport Services; Thomas Behan; )<br>The Montgomery-Davis Group; The )<br>Montgomery-Davis Group Properties; )<br>Rhonda Montgomery Davis; Stanley )<br>Montgomery; Oasis Mortgage; James )<br>Penniegraft; JoAnn Penniegraft Cheek; )<br>Mark Randolph, Esq.; Jennifer Dalton )<br>Watson; Option One Mortgage; )<br>Southeastern Title Agency, LLC; Stewart )<br>Title Guaranty Company; RBC Centura )<br>Bank; Investors Title Insurance Company; )<br>Duane Bryant, Esq.; J. Rufus Farrior, Esq.; )<br>Litton Loan Servicing; Washington Mutual )<br>Bank; Chase Bank; Armina Swittenberg, )<br>a/k/a Swittenberg and Associates; Argent )<br>Mortgage; Commonwealth Land Title )<br>Insurance Company; Attorney's Title )<br>Company, Div. of United General Tire; )<br>East Coast Hospitatlity Staffing; Vernessa )<br>Pertell; Town of Atlantic Beach; Jake )<br>Evans; Josephine Isom; Charlene Taylor; )<br>Joe Montgomery; William Booker; )<br>Christopher Clagg; Charles Williams; )<br>Tracy Edge; Municipal Association of )<br>South Carolina; State Ehtics Commission )<br>of South Carolina; Herbert Hayden; Jim )<br>Bagnall, )<br>)<br>Defendants. )<br>)| Civil Action No. 4:14-cv-4462-RMG<br><br>**ORDER** |

On October 13, 2015, the Court issued an order that, in part, directed Plaintiff to file an amended complaint within 14 days. (Dkt. No. 47). On December 15, 2015, the order was returned

as undeliverable. (Dkt. No. 52). Plaintiff's June 15, 2015 objections to the report and recommendation are signed with a different address than the address on file. (Dkt. No. 43 at 9).

The Clerk is directed to mail this Order and the October 12, 2015 Order (Dkt. No. 47) to Plaintiff at the address contained in the June 15, 2015 Order (Dkt. No. 43 at 9). Plaintiff has fourteen (14) days from the issuance of this order to file her amended Complaint. If she fails to do so, the Court will dismiss this action.

**AND IT IS SO ORDERED.**

s/ Richard M. Gergel
Richard Mark Gergel
United States District Court Judge

July 6, 2016
Charleston, South Carolina