IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Carolyn Cole, | ) |
|       Plaintiff, | ) Civil Action No. 4:14-cv-4462-RMG |
| v. | ) |
| | ) **ORDER** |
| Gerald V. Montgomery; Vernessa Pertell; Town of Atlantic Beach; Jake Evans; Josephine Isom; Charlene Taylor; Joe Montgomery; William Booker; Christopher Clagg; Charles Williams; Herbert Hayden; Jim Bagnal, | ) |
|       Defendants. | ) |

On October 13, 2015, the Court dismissed all but three of Plaintiff's claims without prejudice and without service of process. (Dkt. No. 47). With regard to these three claims, the Court ordered Plaintiff to submit an Amended Complaint that included the factual allegations supporting the remaining three plausible claims and warned that a failure to do so would result in the dismissal of this action. (*Id.* at 10). On July 6, 2016, the Court entered an order directing the Clerk to mail the October 13, 2015 Order to Plaintiff at an additional address and again advised Plaintiff that a failure to file an Amended Complaint within fourteen (14) days of that Order would result in the dismissal of this action. Plaintiff has not filed an Amended Complaint within the time periods provided by the Court.

Therefore, this action is **DISMISSED WITHOUT PREJUDICE**.

**AND IT IS SO ORDERED.**

*(signature)*
Richard Mark Gergel
United States District Court Judge

August 3, 2016
Charleston, South Carolina